LAW OFFICES
# JEFFREY N. GERMAN
BLASON IV - SUITE 204
513 SOUTH LENOLA ROAD
MOORESTOWN, NEW JERSEY 08057

MEMBER NEW JERSEY &
PENNSYLVANIA BARS

TELEPHONE: (856) 727-9915
FACSIMILE: (856) 727-9914
jgerman@jgermanlaw.com

OUR FILE NO.: 155-112A

July 6, 2012

The Honorable Susan D. Wigenton
M.L. King, Jr. Federal Bldg. & Courthouse
Room 5060
50 Walnut Street
Newark, NJ 07102

RE: Baseprotect, USA v. SWARM # 32E92D7264FFCA072C0BFAC77C5AD7F7584036
Civ. Action No.: 2:11-cv-7292

Dear Judge Wigenton:

I represent John Doe WKNDC32E9-44 (IP address no. 98.221.248.198) ("JD-44"), who is not a party to this litigation at this time but who is one of the subjects of a subpoena issued by plaintiff to Comcast Communications, Inc. I filed a Motion to Quash the Subpoena (ECF 13) which I believe is presently returnable on July 16, 2012. Plaintiff has filed opposition and a cross-motion seeking a preliminary injunction to which I intend to respond. In order to provide sufficient time for a response, I respectfully request that the return date be adjourned until August 6, 2012. I have spoken with counsel for plaintiff who has courteously agreed to my request.

Please have your staff confirm the change in date with my office. Thank you in advance for your consideration.

Respectfully Yours,

JEFFREY N. GERMAN

JNG/bag
cc:   Jay R. McDaniel, Esquire, via ECF