**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

November 15, 2012

TO ALL COUNSEL AND LITIGANTS OF RECORD

**LETTER ORDER**

Re:   **Baseprotect USA, Inc. v. SWARM # C32E92D72464FFCA072C0BFAC77C5AD7F7584036, et al.**   (civ. no. 11-7292)

Dear Counsel and Litigants:

Before the Court are two motions filed by individuals identified as John Does in response to a series of identical subpoenas served by Plaintiff Baseprotect USA, Inc. ("Baseprotect") on non-party Comcast Communications ("Comcast") in the above-referenced action. (Dkt. Entries 8 & 9). The two motions seek dismissal of the complaint and/or an Order quashing or modifying the subpoenas. Baseprotect opposes both motions. No oral argument was heard pursuant to FED. R. CIV. P. 78.

After considering all of the papers submitted in connection with both motions, for good cause shown, and for the reasons set forth in the Court's Order of October 17, 2012, the Court denies both motions. (Dkt. Entries 8 & 9).

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        File