THE MCDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff*
*BASEPROTECT USA, INC.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT USA, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>SWARM #C32E9, a joint enterprise, and JOHN DOES 1-X, such persons being presently unknown participants and members of the joint enterprise,<br><br>   Defendants. | Civ. Action. No. 2:12-cv-7292(SDW)(MCA)<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINING DEFENDANTS WITHOUT PREJUDICE |

Plaintiff **BASEPROTECT USA, INC.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to all defendants remaining in the case. No answer or motion for summary judgment has been served in this action by any defendant.

DATED: February 27, 2013        THE MCDANIEL LAW FIRM, P.C.

By: _____
Jay R. McDaniel, Esq.

DATED: February 28, 2013

_____
Hon. Susan D. Wigenton, U.S.D.J.